**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                      **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and
PHILLIP VINCENT RIDINGS**                                           **DEFENDANTS**

## ORDER

The trial of Jody Douglas Davis and Phillip Vincent Ridings begins on August 23, 2021. Counsel represents Mr. Davis, and Mr. Ridings has opted to proceed *pro se*. At the pretrial hearing held on August 16, the Court explained to Mr. Ridings the rules governing his behavior as a *pro se* litigant, but the Court believes it will be helpful to memorialize that guidance in writing. Thus, this Order sets forth the Court's expectations for Mr. Ridings during the trial and to the extent this Order differs from any instructions provided at the pretrial hearing, this Order governs.

In general, a special class of issues arises in joint trials where one party wishes to proceed *pro se* and counsel represents the other defendant. In such situations, district courts may minimize the potential prejudice to co-defendants by appointing standby counsel, warning the *pro se* defendant that he will be held to the rules of law and evidence and that he should refrain from speaking in the first person, and instructing the jury that nothing the *pro se* defendant says in his "lawyer" role is evidence. *See United States v. Oglesby*, 764 F.2d 1273, 1276 (7th Cir. 1985) (quoting *United States v. Veteto*, 701 F.2d 136, 139 (11th Cir. 1983)). Moreover, district courts may instruct the *pro se* defendant that he should avoid reference to co-defendants in any opening or closing statements

1

without prior permission of the court.  *Id*.  The Court's instructions to Mr. Ridings on these points are provided below.

First, the law, the Rules of Criminal Procedure, and the Rules of Evidence apply to Mr. Ridings in the same manner as they would apply to any other litigant.  In particular, Mr. Ridings is advised to educate himself on the Rules of Evidence, especially Rules 401, 403, 602, 701, 801, 803, and 804.  The Court will hold Mr. Ridings to all of the Rules of Evidence, but these Rules are likely to have repeated applications.  In the same vein, if the Court sustains an objection to any of Mr. Ridings's questions, he must move on and not repeat that question.

Second, if Mr. Ridings wishes to testify, he must take the stand and testify under oath.  He may not testify via opening or closing statements, or during his questioning of other witnesses.  Relatedly, if during opening arguments he wishes to refer to some fact that only he knows about, he may not do so.  However, if he anticipates that someone else has personal knowledge and will testify to that fact, he may refer to it during opening arguments.  Additionally, in order to avoid the appearance that he is testifying during arguments, Mr. Ridings must refer to himself in the third person during opening and closing arguments.

Third, the Court advises Mr. Ridings that when he delivers his opening and closing arguments, he should avoid any remarks about or references to Mr. Davis.  Mr. Ridings could inadvertently prejudice Mr. Davis by such remarks, and Mr. Davis would be unable to confront and cross-examine Mr. Ridings's statements.  To avoid this situation, if Mr. Ridings feels it is necessary to refer to Mr. Davis in his opening or closing arguments, he should first seek permission of the Court outside the presence of the jury.

  Fourth and finally, the Court observes that it has appointed Joe Alfaro as standby counsel for Mr. Ridings.  Both Mr. Alfaro and Mr. Ridings stated on the record at the pretrial hearing that they understood Mr. Alfaro will participate in Mr. Ridings's defense only if Mr. Ridings decides that he can no longer proceed *pro se*.  Prior to that decision, they both understand that Mr. Alfaro will not participate in Mr. Ridings's defense.  The Court will hold them both to that representation.

  **IT IS SO ORDERED** on this 20th day of August, 2021.

              */s/ Timothy L. Brooks*
              TIMOTHY L. BROOKS
              UNITED STATES DISTRICT JUDGE