IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**
    PLAINTIFF

    ATTORNEY:  Kenny Elser
                          Kyra Jenner

**JODY DOUGLAS DAVIS**
    DEFENDANT

    ATTORNEY:  John Wesley Hall

**PHILLIP VINCENT RIDINGS**
    DEFENDANT *(Pro Se)*

JUDGE:  TIMOTHY L. BROOKS

REPORTER: PAULA BARDEN

COURT CLERK: SHERI CRAIG

CASE NO.: 5:19-CR-50033-001-002

DATE: September 2, 2021

## MINUTES
## CRIMINAL JURY TRIAL (DAY NINE)

| TIME | MINUTES |
|---|---|
| 8:35 am | Court convenes without Jury |
|  | Court convenes with Jury |
|  | Testimony resumes on Behalf of the Defendants: |
|  |     DRW#5 - Phillip Vincent Ridings |
|  | Defendant Ridings rests |
|  | No Rebuttal Testimony |
|  | Jury is instructed as to the law |
|  |     Court's Exhibit #7 - Final Jury Instructions (annotated) |
|  |     Court's Exhibit #8 - Final Jury Instructions |
| 1:10 pm | Lunch |
| 1:55 pm | Reconvene |
|  | Closing Arguments by Counsel |
| 3:25 pm | Jury retires to begin deliberations |
| 4:35 pm | Jury informed Court they would like to resume deliberations in the morning |
|  | Jury Released until 8:30 am tomorrow |
| 4:45 pm | Court Adjourned |