IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:19-CR-50033-TLB

JODY DOUGLAS DAVIS and
PHILLIP VINCENT RIDINGS     DEFENDANTS

## VERDICT FORM—COUNT ONE

On the charge of Conspiracy to Commit Wire Fraud, as charged in Count One of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date

_____[REDACTED]_____
Foreperson

On the charge of Conspiracy to Commit Wire Fraud, as charged in Count One of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date

_____[REDACTED]_____
Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                              **PLAINTIFF**

V.                       **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                               **DEFENDANTS**

### VERDICT FORM—COUNT TWO

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Two of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021                    ████████████
Date                                 Foreperson

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Two of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021                    ████████████
Date                                 Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**V.**                        **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                              **DEFENDANTS**

### VERDICT FORM—COUNT THREE

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Three of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021        ███████████████
Date                                 Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**V.**                    **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                                     **DEFENDANTS**

### VERDICT FORM—COUNT FOUR

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Four of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021                    _____[redacted]_____
Date                                 Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                    **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                                    **DEFENDANTS**

### VERDICT FORM—COUNT FIVE

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Five of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021                   _____████████_____
Date                                Foreperson

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Five of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021                   _____████████_____
Date                                Foreperson

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**V.**          **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                                      **DEFENDANTS**

### VERDICT FORM—COUNT SIX

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Six of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date

_____[redacted]_____
Foreperson

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Six of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date

_____[redacted]_____
Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**          **PLAINTIFF**

V.         **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and
PHILLIP VINCENT RIDINGS**         **DEFENDANTS**

### VERDICT FORM—COUNT SEVEN

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Seven of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date         Foreperson

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Seven of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date         Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                        **CASE NO. 5:19-CR-50033-TLB**

**JODY DOUGLAS DAVIS and**
**PHILLIP VINCENT RIDINGS**                                              **DEFENDANTS**

## VERDICT FORM—COUNT EIGHT

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Eight of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date                                       Foreperson

On the charge of Wire Fraud and Aiding and Abetting Wire Fraud, as charged in Count Eight of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date                                       Foreperson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                           CASE NO. 5:19-CR-50033-TLB

JODY DOUGLAS DAVIS and
PHILLIP VINCENT RIDINGS                                       DEFENDANTS

### VERDICT FORM—COUNT NINE

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Nine of the Superseding Indictment, we, the jury, find the Defendant Jody Douglas Davis:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date


Foreperson

On the charge of Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (more commonly known as Money Laundering), as charged in Count Nine of the Superseding Indictment, we, the jury, find the Defendant Phillip Vincent Ridings:

_____Guilty_____.
(GUILTY or NOT GUILTY)

September 3, 2021
Date

Foreperson