IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                  **CASE NO. 5:19-CR-50033**

**JODY DOUGLAS DAVIS**
**PHILLIP VINCENT RIDINGS**                            **DEFENDANTS**

## ORDER AMENDING BOND CONDITIONS

On September 3, 2021, the jury returned a verdict of guilty on all charges against Defendants Jody Douglas Davis and Phillip Vincent Ridings. Following the announcement of the jury's verdict, the Court held that both Mr. Davis and Mr. Ridings may remain released on bond pursuant to 18 U.S.C. § 3143. However, the Court imposed additional conditions of their release, which are set forth below.

As to Mr. Davis, the Court imposes the following additional conditions of release:

- Mr. Davis shall be subject to location monitoring. He must participate in Stand Alone Monitoring in conjunction with global positioning system (GPS) technology;

- Mr. Davis is restricted to White County, Arkansas at all times, except for travel approved by the United States Probation Office ("USPO") in the Eastern District of Arkansas in conjunction with the USPO in the Western District of Arkansas. Mr. Davis may leave White County, Arkansas to travel to appear in his proceedings before this Court or to travel directly back and forth to the office of his attorney, John Wesley Hall;

- Mr. Davis may not solicit investments of any kind with regard to the wind turbine Dragonfly project, regardless of its name or corporate association;

- Mr. Davis is barred from participating in sales or bookkeeping at his current place of employment.

Turning to Mr. Ridings, the Court imposes the following additional conditions of release:

- Mr. Ridings shall be subject to location monitoring. He must participate in Stand Alone Monitoring in conjunction with GPS technology;

- Mr. Ridings is restricted to Pulaski County, Arkansas at all times, except for travel approved by the USPO in the Eastern District of Arkansas in conjunction with the USPO in the Western District of Arkansas. Mr. Ridings may also leave Pulaski County, Arkansas to travel to appear in his proceedings before this Court;

- Mr. Ridings may not solicit investments of any kind with regard to the wind turbine Dragonfly project, regardless of its name or corporate association.

All other conditions (*see* Docs. 15, 21) of the bonds issued on June 5, 2019, shall remain in effect.

**IT IS SO ORDERED** on this 3rd day of September, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE